CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

JUL 15 2010

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DEZACHTRE GOODE, | ) | |
| Plaintiff, | ) | Civil Action No. 7:10-cv-00299 |
| | ) | |
| v. | ) | **FINAL ORDER** |
| | ) | |
| OFFICER YOUNG, <u>et al.</u>, | ) | By: Samuel G. Wilson |
| Defendants. | ) | United States District Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice** pursuant to 42 U.S.C. §1997e(a) and this case is hereby **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send a certified copy of this Order and the accompanying Memorandum Opinion to plaintiff.

ENTER: This 15th day of July, 2010.

_____
United States District Judge